**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) _John T. Olszyk_            :
   **(Name of Plaintiff)**    **(Inmate Number)** :

_13701 northWashington st. Scranton Pa. 18503_ :
   **(Address)** :

                     :

(2)_____ :
   **(Name of Plaintiff)**    **(Inmate Number)** :        _3:20-CV-0002_

                     :        **(Case Number)**

_____ :
   **(Address)** :

                     :

   **(Each named party must be numbered,** :
   **and all names must be printed or typed)** :

                     :

          **vs.**          :      **CIVIL COMPLAINT**

                     :

(1)_DR. MALIK (psychologist_ :
                     :      **FILED**

(2)_ALLIED Services_ :      **SCRANTON**

                     :      JAN **0 3** 2020

(3)_Tim Betti_    _(et.al)_ :
   **(Names of Defendants)** :      PER_____

                     :         DEPUTY CLERK

   **(Each named party must be numbered,** :
   **and all names must be printed or typed)** :

**TO BE FILED UNDER:**  ✓  **42 U.S.C. § 1983 - STATE OFFICIALS**

                     _____ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

              _D/N/A_

_____

_____

_____

_____

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? _X_ Yes ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ____No

C.   If your answer to "B" is Yes:

1.   What steps did you take? *I have filed numerous Sick Call slips Spoke to All unseing staff filed grievance*

2.   What was the result? *As of 12-18-19 I still have not been seen by DR. Malit. Grievance Was denied due to wrong form*

D.   If your answer to "B" is No, explain why not: _____

_____

## III.   DEFENDANTS

(1)   Name of first defendant: *Dr. Malit*
    Employed as *Psychologist* at *Lackawanna County Prison*
    Mailing address: *1371 north Washington St. Scranton Pa. 18503*
(2)   Name of second defendant: *Allied Smiles*
    Employed as *Medical Department* at *Lackawanna County Prison*
    Mailing address: *Same As Above*
(3)   Name of third defendant: *Tim Betti*
    Employed as *Warden* at *Lackawanna County Prison*
    Mailing address: *Same as above*
    (List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV.   STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   *I Was on psychiatric medication upon my Arrival at the Jail. 11-13-2019 I Was placed in R.H.U (11-19-2019) for an investigation During my R.H.U Status I Was placed on a medication*

2

I was previously on it 07-2018 - 12-10-18 (a nurse) then took me off my psych meds.

2.      I have filed numerous Requests to the Doctor about being taken off of the Medication and the Medical Negligence the Psychiatric staff has given to me by delaying treatment The Severe Emotional Distress and Mental Anguish it has Caused me is unjustifiable and Unconstitutional

3.      Warden Tim Betti is mentioned due to the fact that there is no proper Grievance forms While I was on T.block for Which my Grievance Was solely denied for being on the Innocent form. I am Currently on D-C block Which also does not have proper forms The Sheer arrogance off the Staff here denying me Access To the Courts is preposperous

## V.    RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.    I Would Like an Injunction on behalf of the psych dept. here due to it' total Lack of medical Concern to the Mental Health of my own Person but of All other patients here at Lackawanna County a ~~through~~ Investigation is needed to preserve our Rights

2.    I Would Like Monetary Damages in excess of ~~$~~ million

1.5   due to the Complete disregard of my mental Health and the Severe Emotional distress it has Caused my family and I. Asking for compensatory & punitive damages from All parties professional Capacity & personal Capacity

3.    A Injunction and Investigation to be made on the Grievance procedure and in So denying me Access to the Courts and medical Treatment here by Causing the delay in my Treatment Which is Prescribed by a family physician (DR. Paul Wiff) East Curry St Plains, Pa 18705 And ~~Punit~~ Punitive damages 3 of ~~$~~ $500,000.00

## Statement of Claim

Due to the totality of all the conditions in said complaint they add up to be unconstitutional under the 8th Admendment, Cruel and Unusual Punishment Doctrine.

The Plantiff also Reacts to the fact that he is a Pre-Trial Detainee and afforded protection under the 8th Admendment.

Plantiff futher places Constitutional complaints under 1st Admendment, 5th Admendment, 6th Admendment and 14th Admendment.

I will show the Denial to Access the courts in the following:

A.) The prison library fails to provide any type of Legal Aid to navigate through my multitude of Legal issues being in both Civil and Criminal Courts Denying the meaningfull Access to the Courts.

B.) The Prison officals also fail to possess any form of law books in the inadequate excuss of a

Legal Law Libary. The Denial of
any form of Law Literature violates
for a multitude of Reasons.
First, being there is no Index
I can search through to help
Navigate the Complex Research
Roots that make up the Legal
System. Second, by not having
a system that Incorperates
both the Computer and Book
References. This Severly
Inhibates My Ability to properly
and timely file and find the
correct Legal Reference Material
Also Denying My Access to the
Courts.

C.) Being completly Ignorant to the
Nexis Legal Aid Research Program
with no type of help to learn
the system in form of a tutor
or Legal Aid.
Research greatly hinders and
Discourageous my Ability to Defend
Myself in the Courts, exspecialy
in a timely manor

D.) Due to the Limited Number of
Research Able Computers (Number
being 5) for a block of over 70
people is extremly detrimental

To Any Detainee trying to
Research and help Defend
themselves.

E.) Not knowing or being Aided with
the system a Detainee such as
the plantiff can not find basic
Legal Forms and Orders.

1.) Plantiff has consulted with the
Block Counsler About how to
Obtain Certain Legal Forms and/
or Procedural Due Process to
File complaints agaisnt the Clerk
of Courts here in Lackawanna
County.

2.) Plantiff has also Lacked the Ability
to find the Code of Conduct of
the Judical Board.

3.) Plantiff feels Administrative
Pressure Due to the Inability
to Research his own Material.

4.) Types of Pressures will be in
Forms of unanswered grievances:
the complete Inadequatacy of
Medical and Psychiatric Care
and the Interference of mail
from fainly.

F.) Defendents Nursing Staff, Medical
staff and one Doctor, Dr. Malik,
and the Deliberate Indifference

to the plantiffs SERIOUS MEDICAL
NEEDS violates plantiffs Rights
AND Constitutes CRUEL AND UNUSUAL
PUNISHMENT UNDER the 8th
Admendment of the United
States.

G.) Plantiff shows DELiBERATE
Indifference on the basis that
the PRISON OFFicals AND MEDICAL
CARE System know of the SEVERE
Psychatric CARE Plantiff WAS in
SERIOUS NEED of correct treatment
AND failed to Respond timely to
It.

H.) Plantiff Also claims INHUMANE
treatment by the total DisREGARD
of any PRIVACY in the RESTROOM.

i.) THERE ARE two toilets, ONE URINAL
AND ONE WORKING SHOWER on the
top tier FOR OVER 70 INMATES.
The Lack of PRIVACY DOORS on the
two toilets is a total DisREGUARD
to human DECENCY AND should
be TREATED As CRUEL AND UNUSUAL
PUNISHMENT DUE to the MENTAL
Anguish AND SEVER EMOTIONAL
Distress that has been CAUSED by
be TREATED As NOTHING MORE than
A BEAST in the field. FUTHERMORE,

Under 14th Admendment, Equal Protection of Laws, every person in the said situation is to be treated equally. Nowhere in this statement does it seperate Inmates from Society or Criminal from Correctional Officer. With that being said Plantiff states that if the correctional officers have Private Restrooms facilities that have Actual Urineary Style Doors should not the same Right to Privacy be afforded to the Inmate Population.

I.) Plantiff will futur claim that he was in the R.H.U. pending Lab Results from 11/15/2019 to 12/06/2019. Wherefor he was Released Due to the fact the Lab never sent any Results or Answered the Prison officals (see Attachment). Futhermore Plantiff will also state at this time during the R.H.U. Investigation they only offered yard on one occasion also in itself Denies him Constitutional Rights to his current Mental Health Status.

J.) Plantiff Resides in Dormatory Style living that was Recently Redone and will claim as far as to go that no Air Quality Control has been in effect. The Amount of Debris and Dust in the Air Vent system is in total Disreguard of any Health and Safety Regulations and in no way Hinders the spred of Disease. For it is the Dead cells of humans skin that accumulates within the Air system.

I, John Tolszyk, as Plantiff in All above said matters will conclude this statment of claims and prays the Court grants All Aspects of Relief presented in said Documentation.

Respectfully yours

I John T Olszak, as Plantiff in all above mentioned matters at this time will also ask

The Courts to due to the Totality of the Conditions and the Complexity of all Issues Raised

Due to severe limitations of my personal freedoms and lack to movement to investigate and Research the Complex Legal Research.

1) In the above mentioned Reasons the Plantiff at this time asks the Court to Appoint Legal Counsel to help Consult with him on these issues.

2) Further Reason for appointment of Counsel Plantiff is Requesting a jury trial

3) Plantiff is Seeking in excess in $70,000.00 of monterary damages against all defendants in both professional and personal Capacities,


Respectfully yours,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _19_ day of _December_ , 20_19_ .

_(Signature of Plaintiff)_

4



Name: John T Clark
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

RECEIVED
SCRANTON

JAN 03 2020

PER_____ DEPUTY CLERK

United States
District Court
Middle District
235 N. Washington full

Scranton Pa, 18509

(Legal-Mail)

FOREVER USA

CONTENTS MAILED FROM
CORRECTIONAL FACILITY